IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR181 |
| | ) | |
| vs. | ) | |
| | ) | |
| FIDEL CARDENAS-ALVAREZ, TOMAS LORENZO-CRUZ, DARALD SANDMAN, and TERESA FORBES, | ) ) ) | ORDER |
| Defendants. | | |

This matter is before the court on Defendant Teresa Forbes' Unopposed Motion to Continue Trial [91]. Counsel needs additional time to negotiate a resolution short of trial. Counsel for the co-defendants have indicated they do not have an objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [91] is granted, as follows:

1. The jury trial, **for all defendants**, now set for July 18, 2022 is continued to **September 19, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 19, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: July 7, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge