IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR181 |
| | ) | |
| vs. | ) | |
| | ) | |
| TOMAS LORENZO-CRUZ, DARALD SANDMAN, and TERESA FORBES, | ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the court on Defendant Tomas Lorenzo-Cruz's Unopposed Motion to Continue Trial [97] and Defendant Darald Sandman's Unopposed Motion to Continue Trial [98]. Counsel needs additional time to negotiate a resolution short of trial. Counsel for the co-defendant Teresa Forbes has indicated she does not have an objection to the continuance. The court has communicated with the attorneys who filed the motions and the governments attorney. The court finds good cause to grant the continuance.

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [97] and [98] are granted, as follows:

1. The jury trial, **for all defendants**, now set for September 19, 2022 is continued to **November 28, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 28 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:** August 31, 2022.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**