IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOMAS LORENZO-CRUZ,<br><br>　　　　　Defendant. | 8:21CR181<br><br>**JUDGMENT** |

　　　　Pursuant to the Memorandum and Order (Filing No. 200) entered today, judgment is entered in favor of the United States of America and against Tomas Lorenzo-Cruz. *See* Fed. R. Civ. P. 58; *Jeffries v. United States*, 721 F.3d 1008, 1012-13 (8th Cir. 2013) (concluding Rule 58 is applicable in § 2255 proceedings).

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　Chief United States District Judge